784

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARISTIDES CASTRO.— Motion to vacate order of this court entered on June 8, 1954 denied in all respects. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ BERLIANA CORPORATION v. NARRAGANSETT INDUSTRIES, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ HARRY STERN v. WILLIAM ROSENTHAL et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of JAMES MADISON HOUSES. CITY OF NEW YORK, Appellant-Respondent; FIRST ELEPHANT ESTATES, INC., et al., Respondents; LA HERMOSA CHURCH et al., Respondents-Appellants.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ RHETT RAVENAL v. A. LOUISA DAVIS, Also Known as Addell L. Cushion.— Motion for a stay denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ SHOSHANA KRAUSHAR, on Behalf of JUDITH KRAUSHAR v. HENRY KRAUSHAR.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BREGMAN v. WARDEN OF THE NEW YORK CITY PRISON.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including June 12, 1962, with notice of argument for June 21, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 18, 1962. The order of this court entered on May 4, 1962 is modified accordingly. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ CHEMICAL CORN EXCHANGE BANK v. MONFORTE CONTRACTING CORP. et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with the court on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.